IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

_____

| | |
|---|---|
| United States of America, | Case No. 2:15-CR-00055 |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Daniel Vivas Ceron, | |
| Defendant. | |

_____

Defendant Ceron has no objections or corrections to the Presentence Investigation on file with the Court.

Respectfully submitted this 20th day of July, 2023.

                              **STOCK LAW, SP**

                              */s/ Charles A. Stock*
By_____
                              Charles A. Stock
                              Stock Law, SP
                              P.O. Box 612
                              Hillsboro, ND 58045
                              cstock@hillsboro-law.com
                              218-790-1802

## Certificate of Service

I hereby certify that on the 20th day of Julycl, 2023, the above Motion was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all interested parties.

I further certify that a copy of the foregoing document and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants: N/A.

*/s/ Charles A. Stock*

Charles A. Stock (ID#05018)
Fischer, Rust & Stock, PLLC.
Attorney for Defendant