IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL VIVAS CERON, a/k/a<br>DANIEL VIVAS-CERON,<br><br>    Defendant. | Case Nos. 2:15-cr-55<br><br>**PARTIAL SATISFACTION<br>OF JUDGMENT** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, submits victims Jason Henke and Laura Henke named in the above-referenced case have been paid in full.

The Clerk of Court for the District of North Dakota received payments from the following defendants, all of whom were ordered to pay restitution for the same losses resulting from the same offense conduct:

> United States v. Foley, Doc. 2:15-cr-96;
> United States v. Fulp, Doc. 2:15-cr-12-02;
> United States v. Hubbard, Doc. 2:15-cr-12-1;
> United States v. Jensen, Doc. 2:15-cr-22;
> United States v. Sele, Doc. 2:15-cr-21;
> United States v. Berry, Doc. 3:17-cr-206-02;
> United States v. Nguyen, Doc. 3:17-cr-206-05; and,
> United States v. Um, Doc. 3:17-cr-206-6.

The special assessment and restitution ordered for victim Kristina Williams remains due and owing.

Accordingly, the Clerk of Court is authorized to satisfy the restitution imposed for victims Jason Henke and Laura Henke only.

Dated: May 7, 2024

                MAC SCHNEIDER
                United States Attorney

By: */s/ Matthew D. Greenley*

MATTHEW D. GREENLEY
Assistant United States Attorney
MN Bar ID 034252X
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
matthew.greenley@usdoj.gov
Attorney for United States

State of North Dakota
County of Cass

The foregoing instrument was acknowledged before me on May 7, 2024, by Matthew D. Greenley.

MARGO M. KERN
Notary Public
State of North Dakota
My Commission Expires December 17, 2025

MARGO M. KERN, Notary Public

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, a true and correct copy of the above-named document was served by first class mail, on:

Daneil Vivas Ceron, Inmate No. 16526-059
Pollock FCI
P.O. Box 4050
Pollock, LA 71467

_Margo M. Kern_
Margo M. Kern, Secretary
Office of the United States Attorney